**Alycia A. Degen, SBN 211350**
adegen@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**Kara L. McCall (*pro hac vice* pending)**
kmccall@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7600

*Attorneys for Defendants NBTY, Inc.; Arthritis Research Corp.; and Nature's Bounty, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NBTY, INC. a Delaware Corporation; ARTHRITIS RESEARCH CORP., a Delaware Corporation; and NATURE'S BOUNTY, INC., a Delaware Corporation,<br><br>　　　　Defendants. | Case No. 3:13-CV-0495-MMA-DHB<br><br>CLASS ACTION<br><br>**DEFENDANTS' NOTICE OF RELATED CASES**<br><br>Judge:  Hon. Michael M. Anello<br><br>Complaint Filed: March 1, 2013 |

Pursuant to Local Rule 40.1(f), Defendants NBTY, Inc.; Arthritis Research Corp.; and Nature's Bounty, Inc. (collectively, "Defendants"), submit the following Notice of Related Cases. These pending actions concern allegations, on behalf of putative nationwide classes of consumers, that defendants made false or misleading representations in the marketing of their glucosamine joint health dietary supplements.

1. *Linares, et al. v. Costco Wholesale, Inc.*, 3:11-cv-02547-MMA-BGS (S.D. Cal.) (filed Nov. 2, 2011).

2. *Cardenas, et al. v. NBTY, Inc., et al.*, 2:11-cv-01615-LKK-CKD (E.D. Cal.) (filed June 14, 2011).

3. *Jennings v. Rexall Sundown, Inc.*, 1:11-cv-11488-WGY (D. Mass) (filed Aug. 22, 2011).

4. *Pearson v. Target Corporation*, 1:11-cv-07972 (N.D. Ill) (filed Nov. 9, 2011).

5. *Padilla v. Costco Wholesale Corporation*, 1:11-cv-07686 (N.D. Ill) (filed Oct. 28, 2011).

Dated: March 28, 2013                SIDLEY AUSTIN LLP

By:  */s/ Alycia A. Degen*
Alycia A. Degen
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2013, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM-ECF system: **Defendants' Notice of Related Cases**.

Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Any other counsel of record were served by electronic mail.

Dated: March 28, 2013

SIDLEY AUSTIN LLP

By: /s/ Alycia A. Degen
    Alycia A. Degen

*Attorneys for Defendants NBTY, Inc.; Arthritis Research Corp.; and Nature's Bounty, Inc.*