1 | **Alycia A. Degen, SBN 211350**
**adegen@sidley.com**
2 | **SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
3 | **Los Angeles, California 90013**
**Telephone: (213) 896-6000**
4 | **Facsimile: (213) 896-6600**

5 | **Kara L. McCall (*pro hac vice*)**
**kmccall@sidley.com**
6 | **SIDLEY AUSTIN LLP**
**One South Dearborn Street**
7 | **Chicago, IL 60603**
**Telephone: (312) 853-7000**
8 | **Facsimile: (312) 853-7600**

9 | ***Attorneys for Defendants NBTY, Inc.; Arthritis***
***Research Corp.; and Nature's Bounty, Inc.***
10 |

11 | **UNITED STATES DISTRICT COURT**

12 | **SOUTHERN DISTRICT OF CALIFORNIA**

13 |

RANDY NUNEZ, On Behalf of Himself )   Case No. 3:13-CV-0495-MMA-BGS
and All Others Similarly Situated,   )
                                     )   CLASS ACTION
            Plaintiff,               )
                                     )   **JOINT MOTION FOR A STAY OF**
vs.                                  )   **ALL PROCEEDINGS**
                                     )
NBTY, INC. a Delaware Corporation;   )
ARTHRITIS RESEARCH CORP., a          )   Judge:  Hon. Michael M. Anello
Delaware Corporation; and NATURE'S   )
BOUNTY, INC., a Delaware             )   Complaint Filed: March 1, 2013
Corporation,                         )
                                     )
            Defendants.              )
                                     )
                                     )
                                     )

Plaintiff Randy Nunez ("Plaintiff") and Defendants NBTY, Inc.; Arthritis Research Corp.; and Nature's Bounty, Inc. (collectively, "Defendants") (collectively with Plaintiff, the "Parties"), through their respective counsel, respectfully and jointly move to stay this action because Plaintiff has agreed to settle his claim, subject to final approval of a global nationwide class action settlement of the alleged class claims in a related case.  A stay is necessary to protect Plaintiff and the putative class members' rights in the unlikely event that the global nationwide class action settlement does not receive final approval.  In support of this motion, the Parties state:

1.      On March 1, 2013, Plaintiff filed a putative class action against Defendants alleging breach of express warranty and violations of California's Unfair Competition Law (Business & Professions Code § 17200 *et seq.*) and Consumers Legal Remedies Act (Civil Code § 1750 *et seq.*), claiming that Defendants made false and misleading statements in the marketing and sale of Flex-a-min, a glucosamine joint health dietary supplement [D.E. 1].

2.      Defendants have since agreed to a global nationwide class action settlement relating to its glucosamine products (including Flex-a-min) in the case of *Pearson v. NBTY, et al.,* Case No. 11-cv-07972 (N.D. Ill.).  The Settlement Class as defined in *Pearson* includes the putative class alleged by Plaintiff, and the claims released by virtue of the settlement in *Pearson* include Plaintiff's claims.  The *Pearson* court granted preliminary approval of the class action settlement on May 16, 2013 [Dkt. Nos. 83, 87].  A final fairness hearing is scheduled for September 4, 2013 [*id.*].

3.      The *Pearson* order granting preliminary approval includes a provision preliminarily enjoining and barring from prosecution any action or proceeding asserting the claims released in the *Pearson* settlement, which includes Plaintiff's claims [Dkt. No. 87 at ¶12] (attached as Ex. A).

4.      This Court has inherent authority to stay this action.  *See, e.g., Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental

1    to the power inherent in every court to control the disposition of the causes on its

2    dockets with economy of time and effort for itself, for counsel, and for litigants.");

3    *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis* for the

4    proposition that a "district court has discretionary power to stay proceedings in its

5    own court").

6         5.     The proposed stay promotes judicial economy by permitting both the

7    Court and the Parties to suspend their work on this case pending final approval of the

8    global nationwide class action settlement in *Pearson*, and protecting Plaintiff in the

9    unlikely event that the *Pearson* settlement is not approved for any reason.

10        **WHEREFORE**, in light of the foregoing, the Parties respectfully request that

11   this action be stayed pending final approval of the global nationwide class action

12   settlement in *Pearson v. NBTY, Inc., et al.*  The Parties will report back to this Court

13   within 45 days of the final fairness hearing in *Pearson,* which is currently scheduled

14   for September 4, 2013.

15

16   Dated:  June 28, 2013           Respectfully submitted,
                                         SIDLEY AUSTIN LLP

17                                       By:  /s/ Kara L. McCall

18                                         Kara L. McCall
                                           Attorneys for Defendants NBTY, Inc.;

19                                         Arthritis Research Corp.; and Nature's
                                           Bounty, Inc.

20                                         E-mail:  kmccall@sidley.com

21

22   Dated:  June 28, 2013           Respectfully submitted,
                                           Patterson Law Group

23                                       By:  /s/ James Patterson

24                                         James R. Patterson
                                           Attorneys for Plaintiff Randy Nunez
                                           E-mail:  jim@pattersonlawgroup.com

25

26

27

28

JOINT MOTION FOR A STAY OF ALL PROCEEDINGS

1    I, Kara L. McCall, am the ECF user whose identification and password are

2  being used to file the instant document.  Pursuant to Section 2(f)(4) of the Electronic

3  Case Filing Administrative Policies and Procedures of the United States District Court

4  for the Southern District of California, I certify that the content of this document is

5  acceptable to counsel for the Plaintiff and that I have obtained authorization from

6  James Patterson to affix his electronic signature to this document.

7                                                         /s/ Kara L. McCall
                                                         Kara L. McCall
8                                                         Attorney for Defendants

9

10                              **CERTIFICATE OF SERVICE**

11

12    I hereby certify that on June 28, 2013, a true and correct copy of the following

13  document was electronically filed and served on all counsel of record in this action

14  who are deemed to have consented to electronic service via the Court's CM/ECF

15  system: **Joint Motion for a Stay of All Proceedings**.

16    Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes

17  consent to electronic service through the Court's transmission facilities.  Any other

18  counsel of record were served by electronic mail.

19  Dated:  June 28, 2013                    SIDLEY AUSTIN LLP

20

21                                           By:  /s/ Kara L. McCall
                                                  Kara L. McCall
22                                           *Attorneys for Defendants NBTY, Inc.;*
                                             *Arthritis Research Corp.; and Nature's*
23                                           *Bounty, Inc.*

24

25

26

27

28