**Alycia A. Degen, SBN 211350**
adegen@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**Kara L. McCall (*pro hac vice*)**
kmccall@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7600

*Attorneys for Defendants NBTY, Inc.; Arthritis Research Corp.; and Nature's Bounty, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NBTY, INC. a Delaware Corporation; ARTHRITIS RESEARCH CORP., a Delaware Corporation; and NATURE'S BOUNTY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:13-CV-0495-MMA-BGS<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Michael M. Anello<br><br>Complaint Filed: March 1, 2013 |

JOINT STATUS REPORT

Plaintiff Randy Nunez ("Plaintiff") and Defendants NBTY, Inc.; Arthritis Research Corp.; and Nature's Bounty, Inc. (collectively, "Defendants") (collectively with Plaintiff, the "Parties"), through their respective counsel, respectfully and jointly submit this status report.  The Parties state:

1. On March 1, 2013, Plaintiff filed a putative class action against Defendants alleging breach of express warranty and violations of California's Unfair Competition Law (Business & Professions Code § 17200 *et seq.*) and Consumers Legal Remedies Act (Civil Code § 1750 *et seq.*), claiming that Defendants made false and misleading statements in the marketing and sale of Flex-a-min, a glucosamine joint health dietary supplement [Dkt. No. 1].

2. Defendants subsequently agreed to a global nationwide class action settlement relating to its glucosamine products (including Flex-a-min) in the case of *Pearson v. NBTY, et al.,* No. 11-cv-07972 (N.D. Ill.).  The Settlement Class as defined in *Pearson* includes the putative class alleged by Plaintiff, and the claims released by virtue of the settlement in *Pearson* include Plaintiff's claims.  The *Pearson* court granted preliminary approval of the class action settlement on May 16, 2013 [Dkt. Nos. 83, 87].

3. On June 28, 2013, this Court granted the Parties' motion to stay this action pending final approval of the *Pearson* global settlement [Dkt. No. 19].  When requesting that stay, the Parties promised to report back to this Court within 45 days of the final fairness hearing in *Pearson,* which at that time was scheduled for September 4, 2013 [Dkt. No. 18].

4. On August 28, 2013, the Parties advised this Court that the *Pearson* final fairness hearing was reset to October 4, 2013 [*Pearson* Dkt. No. 102; *Nunez* Dkt. No. 20].

5. At the October 4, 2013 final fairness hearing, the *Pearson* court asked class counsel to submit supplemental briefing and continued the hearing to November 20, 2013 [Dkt. No. 136].  Following the October 4, 2013 hearing, the Parties promised

to report back to this Court within 45 days of November 20, 2013 [Dkt. No. 21]. The Parties submitted a status report on January 3, 2014 [Dkt. No. 22].

6. On January 3, 2014, after the status report had been filed, the *Pearson* court entered an order granting final approval of the class action settlement, and awarding attorneys' fees to class counsel [Dkt. No. 143]. A final judgment and order was entered on January 22, 2014 [Dkt No. 144].

7. Three Objectors filed Notices of Appeal from the final approval of the settlement [Dkt. Nos. 147, 157, 164].

8. Class counsel also filed Notices of Appeal from the award of attorneys' fees [Dkt. Nos. 151, 159].

9. All of the appeals (Nos. 14-1198, 14-1227, 14-1244, 14-1245, 14-1247) were consolidated by the United States Court of Appeals for the Seventh Circuit, with briefing to be completed by April 30, 2014. *See* Dkt No. 9 in Case No. 14-1198 (2/5/14 Order).

10. Accordingly, counsel will provide this Court with a status report within 30 days of a decision on the appeals from the United States Court of Appeals for the Seventh Circuit.

Dated: February 17, 2014

Respectfully submitted,
SIDLEY AUSTIN LLP

By: /s/ Kara L. McCall
    Kara L. McCall
    Attorneys for Defendants NBTY, Inc.;
    Arthritis Research Corp.; and Nature's
    Bounty, Inc.
    E-mail: kmccall@sidley.com

Dated: February 17, 2014

Respectfully submitted,
Patterson Law Group

By: /s/ James Patterson
    James R. Patterson
    Attorneys for Plaintiff Randy Nunez
    E-mail: jim@pattersonlawgroup.com

I, Kara L. McCall, am the ECF user whose identification and password are being used to file the instant document.  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from James Patterson to affix his electronic signature to this document.

/s/ Kara L. McCall
Kara L. McCall
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2014, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system: **Joint Status Report**.

Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  Any other counsel of record were served by electronic mail.

Dated:  February 17, 2014                    SIDLEY AUSTIN LLP

By:  /s/ Kara L. McCall
Kara L. McCall

*Attorneys for Defendants NBTY, Inc.; Arthritis Research Corp.; and Nature's Bounty, Inc.*